IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FLIPPO CONSTRUCTION COMPANY INC.,**
3820 PENN BELT PLACE
FORESTVILLE, MD 20747

C/O M. Joseph Pierce
REES BROOME, PC
1900 GALLOWS ROAD, SUITE 700
TYSONS CORNER, VA  22182

      **Plaintiff,**

      -v.-            Case No.:  14-491

**OMNI EXCAVATORS, INC.,**
6906 COURAGEOUS CIRCLE
BURKE, VA 22015

**AEGIS SECURITY INSURANCE COMPANY**
2407 PARK DRIVE
HARRISBURG, PA 17110

      **Defendants.**

NOTICE OF REMOVAL

**To the Clerk of the Untied States District Court for the District of Columbia:**

 Defendant, Aegis Security Insurance Company, by and through its undersigned counsel file this Notice of Removal of an action pending in the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  In support of its Notice of Removal, Aegis states as follows:

1. On February 24, 2014, a civil action was filed in the Superior Court for the District of Columbia, Civil Division, entitled *Flippo Construction Company, Inc., v. Omni Excavators, Inc., et.al.,* Case Number 14-0001110.   Plaintiff seeks

damages in connection with an alleged breach of contract and payment of bond. Copies of the pleadings and other papers served on the removing defendants in the above-described action are appended to this Notice of Removal as required by 28 U.S.C. § 1446.  *See* **Exhibit A**.

2. As the appended record demonstrates, the action is pending in the state court is a civil action within the original diversity jurisdiction of the federal district courts under 28 U.S.C. § 1331(a) because there is complete diversity of citizenship between the litigants and the amount in controversy exceed $75,000.00.

3. This Notice of Removal is filed subject to and with full reservation of rights by each and every defendant, including but not limited to defenses and objections to venue, improper service of process, personal jurisdiction, and any others that each defendant might pursue.

4. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b).

5. All defendants upon whom purported service has been made with a summons and complaint consent to this removal.  *See* **Exhibit B**.

6. Written notice of the filing of this Notice of Removal has been provided to the plaintiff and the courts by Aegis.  A copy of this Notice has been filed in the District of Columbia Superior Court, concurrent with this Notice, pursuant to 28 U.S.C. §1446(d).

## DIVERSITY JURISDICTION

7. This Court has original diversity jurisdiction over this action under 28 U.S.C. §1332 because (1) on the face of the complaint, it is clear that the matter in

controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and (2) there is complete diversity of citizenship between the plaintiff and the two defendants.

## AMOUNT IN CONTROVERSY

8. Plaintiff seeks to recover damages for alleged breach of contract in the amount of $198,922.42 plus attorneys fees.  (Compl. ¶¶15 & 16).

9. Through Count II of the Complaint, Plaintiff also seeks to recover damages for an alleged non-payment under the performance bond (Compl. Count II).

## DIVERSITY OF CITIZENSHIP

10. This Court has diversity jurisdiction over this matter because of the citizenship of the plaintiff and defendants are entirely diverse. 28 U.S.C. §1332.

11. The Complaints reveals, the plaintiff, Flippo Construction Company, Inc. ("Flippo") is a Maryland corporation engaged in business as a construction contractor. (Compl. ¶1).  Flippo is also registered as a Maryland Corporation with the Maryland State Department of Assessment and Taxation (*See* **Exhibit** C)

12. Defendant, Omni Excavators, Inc. ("Omni") is a Virginia corporation engaged in business as a contractor performing site work and excavation. The corporation is incorporated under the laws of the Commonwealth of Virginia and has a place of business in the District of Columbia (S).  (*See* **Exhibit D)**

13. Defendant, Aegis Security Insurance company ("Aegis") is a Pennsylvania corporation incorporated under the laws of the Commonwealth of Pennsylvania

and has its principal place of business in Harrisburg, Pennsylvania (*See* **Exhibit E).**

For the foregoing reasons, Defendants respectfully request that this civil action be, and is hereby, removed to the United States District Court of the District of Columbia, that this Court assume jurisdiction of this civil action, and that this Court enter such other and further relief as may be necessary to accomplish the requested removal and promote the interest of Justice.

Respectfully Submitted,
Defendant Aegis Security Insurance Company

    */s/ John Hermina*
John Hermina,  Bar No.  421790
Hermina Law Group
8327 Cherry Lane
Laurel, Maryland 20707
law@herminalaw.com
j@herminalaw.com
301-776-2003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2014, a copy of the foregoing Notice of Removal was served via first-class, postage prepaid mail upon:

Counsel for Flippo Construction Company, Inc.,:

M. Joseph Pierce, Esquire
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
Phone: (703) 790-1911
Fax:    (703) 288-9410
Email: jpierce@reesbroome.com