**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FLIPPO CONSTRUCTION COMPANY INC.,**

   **Plaintiff**

  -v.-               Case No.:  14-00491  BAH

**OMNI EXCAVATORS, INC., et al.** ,

   **Defendants**

## STIPULATION OF DISMISSAL

  Plaintiff Flippo Construction Company, Inc. ("Flippo") and Defendants Aegis Security Insurance Company ("Aegis") and Omni Excavators, Inc., by their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a), join in submitting this Stipulation of Dismissal.  Please dismiss this matter in its entirety and with prejudice, including both the Complaint and Counterclaim filed herein.  All of the parties to this case join this Stipulation.

           Respectfully submitted,

           /s/ David D. Gilliss_____
           David D. Gilliss (Bar No.: 05174)
           Gilliss@pikegilliss.com
           Pike & Gilliss, LLC
           9475 Deereco Road, Suite 300
           Timonium, MD 21093
           Ph:  (443) 761-6500
           Fax: (443) 761-6519
           *Attorneys for Defendant Aegis Security*
           *Ins. Co.*

<u>/s/ Seth A. Robbins</u>
Seth A. Robbins, Esq. (Bar No.: 471812)
Robbins Law Group, PLLC
1100 North Glebe Road
Suite 1010
Arlington, VA 22201
Ph: (703) 224-4436
Fax: (202) 836-9840
*Counsel for Omni Excavators, Inc..*

<u>/s/ Michael Joseph Pierce</u>
Michael Joseph Pierce (Bar.: 474749)
Kasimer, Pierce & Schaecher, PC
1900 Gallows Road, Suite 210
Tysons Corner, VA 22182
*Counsel for Flippo Construction Company, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 9th day of May, 2016, a copy of the foregoing Joint Stipulation of Dismissal was filed through the court's ECF system which caused service to be made on counsel for Defendants Omni Excavators, Inc. and Aegis Security Ins. Co.:

Michael Joseph Pierce, Esq.
Kasimer, Pierce & Schaecher, PC
1900 Gallows Road, Suite 210
Tysons Corner, VA 22182
*Counsel for Flippo Construction Company, Inc.*

Seth A. Robbins, Esq.
Stinson Leonard Street, LLP
1775 Pennsylvania Avenue, N.W. Suite 800
Washington, D.C. 20006
*Counsel for Omni Excavators, Inc.*

David D. Gilliss (Bar No.: 05174)
Gilliss@pikegilliss.com
Pike & Gilliss, LLC
9475 Deereco Road, Suite 300
Timonium, MD 21093
*Counsel for Defendant Aegis Security
Ins. Co.*

            /s/ Michael Joseph Pierce
            Michael Joseph Pierce